UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. ARTHUR A. THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-08-255-FHS |
| | ) | |
| 1. BOARD OF COUNTY COMMISSIONERS OF LEFLORE COUNTY; | ) | |
| 2. ROBERT CAMPBELL, Sheriff of LeFlore County; | ) | |
| 3. JEFFREY SMITH, District Attorney for LeFlore County; | ) | |
| 4. CITY OF SPIRO; | ) | |
| 5. DARRELL BARHAM, Police Chief for the City of Spiro; | ) | |
| 6. OFFICERS DOE; | ) | |
| 7. LeFLORE COUNTY CRIMINAL JUSTICE AUTHORITY, a Public Trust; | ) | |
| 8. BETTY HARRIS, Individually, and as Administrator of the LeFLORE COUNTY CRIMINAL JUSTICE AUTHORITY, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER OF DISMISSAL WITH PREJUDICE**

Based upon the Stipulation for Dismissal With Prejudice filed by Plaintiff, Arthur Thompson, (Docket #88) and after review of the file, the Court finds that an Order of Dismissal With Prejudice as to Defendants, City of Spiro and Darrell Barham, Police Chief for the City of Spiro **only** should be entered.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the claim of Plaintiff Arthur Thompson against the Defendants, City of Spiro and Darrell Barham, Police Chief for the City of Spiro **only**, are hereby DISMISSED WITH PREJUDICE and each party

shall be responsible for its attorneys fees and costs.

    IT IS SO ORDERED this 8th day of July, 2009.

                                      Frank H. Seay
                                  United States District Judge