IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

```
ARTHUR A. THOMPSON,                      )
                                         )
            Plaintiff,                   )
                                         )
v.                                       )  No. CIV-08-255-FHS
                                         )
JEFFREY SMITH, individually; OFFICERS    )
DOE; LEFLORE COUNTY CRIMINAL JUSTICE     )
AUTHORITY, a Public Trust; BETTY         )
HARRIS, individually and as              )
Administrator of the LEFLORE COUNTY      )
CRIMINAL JUSTICE AUTHORITY,              )
                                         )
            Defendants.                  )
```

## JUDGMENT

Pursuant to the Court's December 18, 2008, Order Granting in Part and Denying in Part Defendant Jeffrey Smith's Motion to Dismiss and the Court's Opinion and Order filed simultaneously herein, the court finds the issues in favor of Defendants Jeffrey Smith, the Leflore County Criminal Justice Authority, and Betty Harris, and against Plaintiff, on Plaintiff's constitutional claims brought under the authority of 42 U.S.C. § 1983. Judgment is therefore entered in favor of Defendants Jeffrey Smith, the Leflore County Criminal Justice Authority, and Betty Harris, and against Plaintiff, on Plaintiff's section 1983 claims. It is further ordered that Plaintiff's claims against Defendant Officers Doe be dismissed without prejudice. Consequently, this action is, in all respects, dismissed.

It is so ordered this 11th day of December, 2009.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma